UNITED STATES COURT OF INTERNATIONAL TRADE                FORM  1

| IVACO ROLLING MILLS 2004 L.P. AND SIVACO WIRE GROUP 2004 L.P.<br><br>                                 **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES,**<br><br>                                 **Defendant.** |
|---|

S U M M O N S   21-00234

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | See attached | Date Protest Filed: | See attached |
|---|---|---|---|
| Protest Number: | See attached | Date Protest Denied: | See attached |
| Importer: | Ivaco Rolling Mills 2004 L.P.; Sivaco Wire Group 2004 L.P. | | |
| Category of Merchandise: | Articles of steel | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| Please see attached continuation sheets.  There are 56 protests covered by this Summons. ||||||
| This Summons covers entries made at five ports of entry (0701 - Ogdensburg, NY; 0712 - Champlain, NY; 0901 Buffalo, NY; 3801 - Detroit, MI; and 3802 - Port Huron, MI). ||||||
| Protests for these entries were filed at the latter four ports of entry (0712, 0901, 3801, 3802). ||||||

Port Director,

U.S. Customs and Border Protection
Port Huron
211 W. Fort Street, Suite 1200
Detroit, MI 48226

Address of Customs Port in
Which Protest was Denied

Yohai Baisburd
Cassidy Levy Kent (USA) LLP
900 19th St. NW, Suite 400
Washington, DC 20006
(202) 567-2319
ybaisburd@cassidylevy.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Articles of steel | 7213913015;<br>7213913093;<br>7213916000;<br>7213990030;<br>7213990060;<br>7217105030;<br>7217108045;<br>7217204580;<br>7227906010;<br>&<br>99038001 | The duty provided in the applicable subheading + 25% | 7213913015;<br>7213913093;<br>7213916000;<br>7213990030;<br>7213990060;<br>7217105030;<br>7217108045;<br>7217204580;<br>7227906010 | Column 1, General Rate of Duty |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The imported merchandise meets the parameters of approved Section 232 exclusion requests. U.S. Customs and Border Protection improperly denied Plaintiffs' protests applying the Section 232 exclusions, such that Plaintiffs were denied refunds of Section 232 duties paid on merchandise eligible for the Section 232 exclusions.

The issue which was common to all such denied protests:

U.S. Customs and Border Protection improperly denied Plaintiffs' protests applying Section 232 exclusions, such that Plaintiffs were denied refunds of Section 232 duties paid on merchandise eligible for exclusion from Section 232 duties.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Yohai Baisburd
*Signature of Plaintiff's Attorney*

May 14, 2021
*Date*

## SCHEDULE OF PROTESTS

Ogdensburg, NY (0701)
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 380220102291 | 6/22/2020 | 12/4/2020 | 79902343910 | 2/3/2019 | 12/27/2019 |

Port Director of Customs,

U.S. Customs and Border Protection
Port of Ogdensburg
104 Bridge Approach Road
Ogdensburg, NY 13669

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## SCHEDULE OF PROTESTS

Champlain, NY (0712)
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 071220101025 | 9/23/2020 | 3/15/2021 | 79915593386 | 4/29/2019 | 3/27/2020 |

Port Director of Customs,

U.S. Customs and Border Protection
Port of Champlain
237 West Service Road
Champlain, NY 12919

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## Buffalo, NY (0901) SCHEDULE OF PROTESTS
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 090120101758 | 7/27/2020 | 3/5/2021 | 79907469637 | 3/7/2019 | 1/31/2020 |

Port Director of Customs,

U.S. Customs and Border Protection
Port of Buffalo
726 Exchange Street Suite 400
Buffalo, NY 14210

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## Detroit, MI (3801)   SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 380120105593 | 9/22/2020 | 12/1/2020 | 79999072371 | 1/9/2019 | 3/27/2020 |
| 380120105695 | 9/30/2020 | 11/16/2020 | 79907248411 | 3/5/2019 | 4/3/2020 |
| 380120105614 | 9/23/2020 | 12/1/2020 | 79909029017 | 3/17/2019 | 3/27/2020 |

Port Director of Customs,

U.S. Customs and Border Protection
Port of Detroit
211 W. Fort Street, Suite 1200
Detroit, MI 48226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## Port Huron, MI (3802) SCHEDULE OF PROTESTS
*Port of Entry*

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 380220102291 | 6/22/2020 | 12/4/2020 | 79901701357 | 1/28/2019 | 12/27/2019 |
| " | " | " | 79901899334 | 1/28/2019 | 12/27/2019 |
| " | " | " | 79902000304 | 1/30/2019 | 12/27/2019 |
| " | " | " | 79902050945 | 1/29/2019 | 12/27/2019 |
| " | " | " | 79902270303 | 1/30/2019 | 12/27/2019 |
| " | " | " | 79902343910 | 2/3/2019 | 12/27/2019 |
| " | " | " | 79902475332 | 1/31/2019 | 12/27/2019 |
| " | " | " | 79902643111 | 1/31/2019 | 12/27/2019 |
| " | " | " | 79902655149 | 1/31/2019 | 12/27/2019 |
| " | " | " | 79902778339 | 2/3/2019 | 12/27/2019 |
| 380220102344 | 7/8/2020 | 12/4/2020 | 79903517165 | 2/10/2019 | 1/10/2020 |
| " | " | " | 79903628897 | 2/10/2019 | 1/10/2020 |
| " | " | " | 79903636866 | 2/10/2019 | 1/10/2020 |
| " | " | " | 79903695870 | 2/8/2019 | 1/10/2020 |
| " | " | " | 79903771176 | 2/10/2019 | 1/10/2020 |
| " | " | " | 79903800843 | 2/11/2019 | 1/10/2020 |
| " | " | " | 79903804548 | 2/11/2019 | 1/10/2020 |
| " | " | " | 79903821146 | 2/12/2019 | 1/10/2020 |
| " | " | " | 79903824256 | 2/11/2019 | 1/10/2020 |
| " | " | " | 79903832648 | 2/11/2019 | 1/10/2020 |
| " | " | " | 79903893657 | 2/10/2019 | 1/10/2020 |
| " | " | " | 79903942413 | 2/11/2019 | 1/10/2020 |
| " | " | " | 79904031646 | 2/12/2019 | 1/10/2020 |
| " | " | " | 79904042726 | 2/11/2019 | 1/10/2020 |
| " | " | " | 79904148077 | 2/13/2019 | 1/10/2020 |
| " | " | " | 79904233929 | 2/14/2019 | 1/10/2020 |
| " | " | " | 79904398995 | 2/14/2019 | 1/10/2020 |
| " | " | " | 79904408703 | 2/13/2019 | 1/10/2020 |
| " | " | " | 79904430145 | 2/14/2019 | 1/10/2020 |
| " | " | " | 79904456843 | 2/14/2019 | 1/10/2020 |
| " | " | " | 79904483656 | 2/14/2019 | 1/10/2020 |
| " | " | " | 79904578398 | 2/14/2019 | 1/10/2020 |
| 380220102524 | 7/20/2020 | 11/30/2020 | 79906676851 | 2/28/2019 | 1/24/2020 |
| 380220102540 | 7/24/2020 | 3/5/2021 | 79912738745 | 4/9/2019 | 1/31/2020 |
| 380220102618 | 8/3/2020 | 12/4/2020 | 79908695685 | 3/14/2019 | 2/7/2020 |
| " | " | " | 79908754375 | 3/15/2019 | 2/7/2020 |
| " | " | " | 79908859513 | 3/14/2019 | 2/7/2020 |
| 380220102628 | 8/3/2020 | 12/2/2020 | 79909059154 | 3/18/2019 | 2/14/2020 |
| " | " | " | 79909343152 | 3/19/2019 | 2/14/2020 |
| " | " | " | 79909545541 | 3/20/2019 | 2/14/2020 |
| 380220102818 | 8/6/2020 | 11/30/2020 | 79909736819 | 3/20/2019 | 2/14/2020 |
| 380220102819 | 8/6/2020 | 11/30/2020 | 79909726372 | 3/20/2019 | 2/14/2020 |
| 380220102821 | 8/6/2020 | 11/30/2020 | 79910239449 | 3/24/2019 | 2/14/2020 |
| 380220102834 | 8/10/2020 | 11/30/2020 | 79910648862 | 3/26/2019 | 2/21/2020 |
| 380220102835 | 8/10/2020 | 11/30/2020 | 79910433166 | 3/25/2019 | 2/21/2020 |
| 380220102861 | 8/11/2020 | 11/30/2020 | 79911031910 | 3/28/2019 | 2/21/2020 |
| 380220102863 | 8/11/2020 | 11/30/2020 | 79910873494 | 3/28/2019 | 2/21/2020 |
| 380220103609 | 8/25/2020 | 3/19/2021 | 79911971842 | 4/3/2019 | 2/28/2020 |
| 380220103610 | 8/25/2020 | 3/23/2021 | 79912219324 | 4/4/2019 | 2/28/2020 |
| 380220103611 | 8/25/2020 | 3/19/2021 | 79918148519 | 5/15/2019 | 2/28/2020 |

Port Director of Customs,

U.S. Customs and Border Protection
Port Huron
211 W. Fort Street, Suite 1200
Detroit, MI 48226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## Port Huron, MI (3802) SCHEDULE OF PROTESTS
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 380220103616 | 8/26/2020 | 3/23/2021 | 79911083721 | 4/1/2019 | 2/28/2020 |
| 380220103617 | 8/26/2020 | 3/19/2021 | 79911268777 | 4/1/2019 | 2/28/2020 |
| 380220103618 | 8/26/2020 | 3/23/2021 | 79911554218 | 4/2/2019 | 2/28/2020 |
| 380220103619 | 8/26/2020 | 3/19/2021 | 79911592721 | 4/2/2019 | 2/28/2020 |
| 380220103620 | 8/26/2020 | 3/23/2021 | 79911927703 | 4/4/2019 | 2/28/2020 |
| 380220103621 | 8/26/2020 | 3/19/2021 | 79912783600 | 4/9/2019 | 3/6/2020 |
| 380220103622 | 8/26/2020 | 3/23/2021 | 79912660469 | 4/9/2019 | 3/6/2020 |
| 380220103745 | 9/16/2020 | 3/9/2021 | 79914719537 | 4/22/2019 | 3/20/2020 |
| 380220103751 | 9/16/2020 | 3/9/2021 | 79914961824 | 4/24/2019 | 3/20/2020 |
| 380220103752 | 9/16/2020 | 3/9/2021 | 79915155830 | 4/25/2019 | 3/20/2020 |
| 380220103754 | 9/16/2020 | 3/9/2021 | 79914183288 | 4/22/2019 | 3/20/2020 |
| 380220103755 | 9/16/2020 | 3/9/2021 | 79914395841 | 4/22/2019 | 3/20/2020 |
| 380220103787 | 9/18/2020 | 3/9/2021 | 79916384025 | 5/2/2019 | 3/27/2020 |
| 380220103788 | 9/18/2020 | 3/9/2021 | 79916435314 | 5/5/2019 | 3/27/2020 |
| 380220103789 | 9/21/2020 | 3/9/2021 | 79916532433 | 5/3/2019 | 3/27/2020 |
| 380220103790 | 9/21/2020 | 3/9/2021 | 79916563099 | 5/5/2019 | 3/27/2020 |
| 380220103792 | 9/21/2020 | 3/9/2021 | 79976395472 | 8/12/2018 | 9/11/2020 |
| 380220103797 | 9/21/2020 | 3/23/2021 | 79982123298 | 9/20/2018 | 9/11/2020 |
| 380220103852 | 9/22/2020 | 12/1/2020 | 79999196493 | 1/9/2019 | 3/27/2020 |
| 380220103853 | 9/22/2020 | 12/1/2020 | 79999213033 | 1/9/2019 | 3/27/2020 |
| 380220103857 | 9/22/2020 | 3/9/2021 | 79916184821 | 5/1/2019 | 3/27/2020 |
| 380220103859 | 9/22/2020 | 3/9/2021 | 79916213216 | 5/2/2019 | 3/27/2020 |
| 380220103861 | 9/22/2020 | 3/9/2021 | 79916206913 | 5/2/2019 | 3/27/2020 |
| 380220103878 | 9/23/2020 | 3/20/2021 | 79909317842 | 3/18/2019 | 3/27/2020 |
| " | " | " | 79909318444 | 3/18/2019 | 3/27/2020 |
| " | " | " | 79909533034 | 3/19/2019 | 3/27/2020 |
| " | " | " | 79909809798 | 3/21/2019 | 3/27/2020 |
| " | " | " | 79910409885 | 3/25/2019 | 3/27/2020 |
| " | " | " | 79910444791 | 3/25/2019 | 3/27/2020 |
| 380220103879 | 9/23/2020 | 3/20/2021 | 79913817928 | 4/16/2019 | 3/27/2020 |
| 380220103882 | 9/23/2020 | 12/1/2020 | 79913287742 | 4/11/2019 | 3/27/2020 |
| " | " | " | 79913799779 | 4/15/2019 | 3/27/2020 |
| " | " | " | 79914345796 | 4/18/2019 | 3/27/2020 |
| " | " | " | 79916038613 | 4/30/2019 | 3/27/2020 |
| " | " | " | 79916833377 | 5/6/2019 | 3/27/2020 |
| " | " | " | 79917066480 | 5/7/2019 | 3/27/2020 |
| 380220103916 | 9/29/2020 | 3/9/2021 | 79916606070 | 5/6/2019 | 4/3/2020 |
| 380220103917 | 9/29/2020 | 3/19/2021 | 79916802083 | 5/7/2019 | 4/3/2020 |
| 380220103918 | 9/29/2020 | 3/9/2021 | 79916834805 | 5/7/2019 | 4/3/2020 |
| 380220103919 | 9/29/2020 | 3/9/2021 | 79916938390 | 5/8/2019 | 4/3/2020 |
| 380220103920 | 9/29/2020 | 3/9/2021 | 79916987637 | 5/7/2019 | 4/3/2020 |
| 380220103921 | 9/29/2020 | 3/9/2021 | 79917026591 | 5/8/2019 | 4/3/2020 |
| 380220103926 | 9/29/2020 | 3/9/2021 | 79917242883 | 5/9/2019 | 4/3/2020 |
| 380220103992 | 10/6/2020 | 3/19/2021 | 79917646463 | 5/14/2019 | 4/10/2020 |
| 380220103993 | 10/6/2020 | 3/23/2021 | 79917656728 | 5/13/2019 | 4/10/2020 |

Port Director of Customs,

U.S. Customs and Border Protection
Port Huron
211 W. Fort Street, Suite 1200
Detroit, MI 48226

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)